ACCEPTED
05-19-00679-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
7/12/2019 3:35 PM
LISA MATZ
CLERK

## NO. DF16-03637Y

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE DISTRICT COURT** |
| | § | |
| | § | |
| **VS.** | § | **330TH JUDICIAL DISTRICT** |
| | § | |
| | § | |
| **KEISHUN ATKINS** | § | **DALLAS COUNTY, TEXAS** |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
7/12/2019 3:35:14 PM
LISA MATZ
Clerk

### REQUEST FOR PREPARATION OF REPORTER'S RECORD AND DESIGNATION OF MATTERS TO BE INCLUDED

COMES NOW **CHERISH NICOLE WILLIAMS**, Respondent mother, in the above cause and by her attorney requests the court reporter who made the record in this cause to prepare a reporter's record, and that testimony included in the reporter's record be in question and answer form. The Respondent designates that the following matters be included in the reporter's record;

1. Testimony of all witnesses including questions and objections of counsel and the ruling and remarks of the Court;

2. Arguments and closing statements of counsel, including objections of counsel and the rulings and remarks of the Court;

3. All matters heard by the Court, including pre-trail, trial and post trial hearings, objections, ruling, and remarks of the Court;

4. All exhibits offered or introduced into evidence;

Wherefore, premises considered, the Respondent respectfully prays that this Court grant this request, and order preparation of the reporter's record in this case.

---

Request For Preparation of Reporter's Record

Respectfully Submitted,


/s/Sharita Blacknall
Sharita Blacknall
Attorney for Respondent Mother
SBN: 24038768
3131 McKinney Ave., Suite 600
Dallas, Texas 75204
Phone: (214) 678-9111
Fax:     (214) 678-9144
Email: info@blacknallfirm.com

## CERTIFICATE OF SERVICE

I certify that a true copy of the above was served on each attorney of record or party in accordance with the Texas Rules of Civil Procedure on July 12, 2019.


/s/Sharita Blacknall
Sharita Blacknall